# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2025

## NO. 03-25-00570-CV

**Evelyn Canada, Appellant**

**v.**

**Texas Auto Center, LLC and TAC Acceptance Group, LLC, Appellees**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE CRUMP**

This is an appeal from the interlocutory order signed by the trial court on July 29, 2025. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.